339 A.2d 756

**Carl L. ADELSHEIM, Appellant,**

**v.**

**Dorothy DAVIS and Marshall J. Conn.**

Supreme Court of Pennsylvania.

Argued March 11, 1975.

Decided July 7, 1975.

Reuben Fingold, Pittsburgh, for appellant.

George Shorall, Pittsburgh, for appellee.

Before JONES, C. J. and EAGEN, O'BRIEN, ROB-ERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. See *Flightways Corp. v. Keystone Helicopter Corp.*, 459 Pa. 660, 331 A.2d 184 (1975) ; see generally *Borough of Ambridge Water Authority*, 458 Pa. 546, 328 A.2d 498 (1974).

Costs on appellant.